JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dwain Lammey, | CV 19-4475 PA (GJSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| Marie E. Lucas et al., | |
| Defendants. | |

Pursuant to the Court's April 7, 2020 Order dismissing this action for lack of prosecution and failure to comply with the Court's Civil Trial Scheduling Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: April 07, 2020

Percy Anderson
UNITED STATES DISTRICT JUDGE